**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 202 EAL 2018

                Respondent       :

                                :    Petition for Allowance of Appeal from

                                :    the Order of the Superior Court

                v.                :

                                :

TIMOTHY T. GOODEN,             :

                                :

              Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.